# EXHIBIT A

**From:** mark.nell@nagra.com
**Sent:** 14 January 2016 10:53
**To:** Block, Andy (andy.block@twcable.com)
**Subject:** Draft Standstill

Hi Andy
It was a pleasure to meet you last Friday.
As agreed, I'm attaching a limited Standstill draft agreement.

At the next meeting, I would be accompanied by an internal patent attorney and he would show claim charts . You mentioned you would want to have Arris at the meeting to which I have no objection. Can we start thinking about dates for that meeting? At the moment the week of 22nd February would work well for myself and Greg Lundell, attorney who would accompany me.

Best
Mark

---

**Mark Nell** | Head Of Licensing, EMEA, Intellectual Property
Mobile: +41 79 249 18 71  Email:mark.nell@nagra.com



This e-mail and any attachments may contain information that is confidential, proprietary, privileged or otherwise protected by law. The information contained herein is solely intended for the named addressee (or a person responsible for delivering it to the addressee). If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your computer.