# EXHIBIT B

**From:** Lundell Greg [mailto:Greg.Lundell@nagra.com]
**Sent:** Tuesday, March 22, 2016 12:13 PM
**To:** Boglioli, Daniel <daniel.boglioli@twcable.com>; Block, Andy <andy.block@twcable.com>; sho@msf-law.com
**Cc:** Nell Mark <mark.nell@nagra.com>; John B. Campbell (jcampbell@mckoolsmith.com) <jcampbell@mckoolsmith.com>
**Subject:** Nagra - TWC -- Subject to FRE 408

Andy, Dan, Seth,

Thank you for the time today.  As discussed in our meeting, here is the list of patents that we reviewed today.

| Patent | Advanced Guide, Search VOD | DVR / Cloud DVR | Interactive TV / Second Screen | Advanced Advertising |
|---|---|---|---|---|
| 6,895,595 | ✔ | | ✔ | |
| 6,985,586 | | ✔ | | |
| 5,907,322 | | ✔ | ✔ | |
| 7,536,704 | | ✔ | | |
| 6,678,463 | | ✔ | | |
| RE 40,334 | | ✔ | | |
| 7,243,139 | ✔ | | ✔ | |
| 7,055,169 | | | ✔ | |
| 6,530,082 | | | ✔ | ✔ |
| 7,669,212 | | | ✔ | ✔ |

Thanks,
Greg

---

**Greg Lundell** | Vice President, IP Strategy & Licensing
485 Clyde Ave, Mountain View, CA 94043
Office: **+1** 650.962.2115  |  Mobile: **+1** 408.829.5064   Email: greg.lundell@nagra.com



This e-mail and any attachments may contain information that is confidential, proprietary, privileged or otherwise protected by law. The information contained herein is solely intended for the named addressee (or a person responsible for delivering it to the addressee). If you are not the intended recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your computer.