United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIME WARNER CABLE INC.,

        Plaintiff,

  v.

OPEN TV, INC., NAGRAVISION SA, and
KUDELSKI SA,

        Defendants.

_____/

No. C 16-02433 WHA

**ORDER DENYING PRO
HAC VICE APPLICATION
OF ATTORNEY JOSHUA L.
COLLINS**

      The *pro hac vice* application of Attorney Joshua L. Collins (Dkt. No. 13) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated:   May 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE