**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIME WARNER CABLE INC., | No. C 16-02433 WHA |
| Plaintiff, | |
| v. | |
| OPENTV, INC., NAGRAVISION SA, and KUDELSKI SA, | **ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEYS MICHAEL BRODY AND JOSHUA L. COLLINS** |
| Defendants. / | |

The *pro hac vice* applications of Attorney Michael Brody (Dkt. No. 18) and Attorney Joshua L. Collins (Dkt. No. 19) are **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: May 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE