Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TIME WARNER CABLE INC., ) Case No: 3:16-cv-02433
　　　　　　Plaintiff(s), )
　　v. ) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
OPENTV, INC., NAGRAVISION SA, and KUDELSKI SA, ) (CIVIL LOCAL RULE 11-3)
　　　　　　Defendant(s). )

I, **Michael L. Brody**, an active member in good standing of the bar of **The State of Illinois**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Time Warner Cable Inc.** in the above-entitled action. My local co-counsel in this case is **David S. Bloch**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 275 Middlefield Rd., Suite 205<br>Menlo Park, CA 94025 | 101 California Street<br>San Francisco, CA 94111-5840 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (650) 858-6500 | (415) 591-1000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mbrody@winston.com | dbloch@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **3124083**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/25/16　　　　　　　　　　　　　　　Michael L. Brody
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Michael L. Brody** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 26, 2016

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　October 2012