IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIME WARNER CABLE, INC., | No. C 16-02433 WHA |
| Plaintiff, | |
| v. | |
| OPENTV, INC., NAGRAVISION SA, KUDELSKI SA, | **ORDER DENYING MOTION TO EXTEND DEADLINE TO SERVE SUMMONS AND COMPLAINT** |
| Defendants. | |

Plaintiff moves to extend the deadline to serve the summons and complaint from August 2 to September 16 and to continue the case management conference scheduled for August 25. Plaintiff avers that discussions are underway that may settle this dispute but offers no explanation for why it cannot timely serve defendants. This action must proceed on the proper timeline, notwithstanding parallel efforts to resolve the dispute. Accordingly, plaintiff's motion is **DENIED**.

This is without prejudice to a more modest request supported by good cause.

**IT IS SO ORDERED.**

Dated: July 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE